IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of the complaint and arrest warrant for<br>EVAN WILLIAM BLANKENSHIP | Case No. 1:23-mj-54-WCM<br><br>**Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Affidavit, Complaint, Arrest Warrant, and all related motions or orders issued be sealed to protect the secrecy of the ongoing nature of the investigation:

**IT IS HEREBY ORDERED** that the foregoing materials are sealed until further order of this Court.

Signed: October 10, 2023

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge