# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
Asheville

Oct 10 2023

U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-MJ-54-WCM |
| Evan William Blankenship | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 28, 2023  in the county of  Jackson  in the
Western  District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(2), (d) | Attempted Kidnapping |
| 18 U.S.C. § 113(a)(2) | Assault with Intent to Commit a Felony |
| 18 U.S.C. § 113(a)(3) | Assault with a Dangerous Weapon with Intent to do Bodily Harm |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharge of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

/s/ Robert Toler
*Complainant's signature*

Special Agent Robert Toler
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: October 10, 2023

Date: October 10, 2023 3:31 PM

W. Carleton Metcalf
United States Magistrate Judge

City and state:  Asheville, North Carolina  Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*