AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Evan William Blankenship<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-MJ-54-WCM |

FILED
ASHEVILLE, NC

OCT 11 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Evan William Blankenship ,
who is accused of an offense or violation based on the following document filed with the court:

[] Indictment   [] Superseding Indictment   [] Information   [] Superseding Information   [✓] Complaint

[] Probation Violation Petition   [] Supervised Release Violation Petition   [] Violation Notice   [] Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(2), (d) - Attempted Kidnapping
18 U.S.C. § 113(a)(2) - Assault with Intent to Commit a Felony
18 U.S.C. § 113(a)(3) - Assault with a Dangerous Weapon with Intent to do Bodily Harm
18 U.S.C. § 924(c)(1)(A)(iii) - Discharge of a Firearm During and in Relation to a Crime of Violence

Signed: October 10, 2023

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge

Date: October 10, 2023
3:33PM

City and state:  Asheville, North Carolina

Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/11/2023 , and the person was arrested on *(date)* 10/11/2023
at *(city and state)*  Waynesville, NC .

Date: 10/11/2023

*[signature]*
*Arresting officer's signature*

Leszek Kwiatkowski, Special Agent NPS
*Printed name and title*