FILED
CHARLOTTE, NC
OCT 17 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVAN WILLIAM BLANKENSHIP | DOCKET NO. 1:23-CR-82-MR-WCM<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 1201(a)(2), (d)<br>18 U.S.C. § 113(a)(2)<br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 924(c)(1)(A)(iii) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did unlawfully seize, confine, kidnap, abduct, carry away, and hold another for ransom, reward, and otherwise, and did attempt to do so.

All in violation of Title 18, United States Code, Section 1201(a)(2) and (d).

## COUNT TWO

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did assault L.P. with intent to commit a felony, that is, Kidnapping, as set forth more fully in Count One of this Bill of Indictment.

All in violation of Title 18, United States Code, Section 113(a)(2).

## COUNT THREE

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did assault L.M. with intent to commit a felony, that is, Kidnapping, as set forth more fully in Count One of this Bill of Indictment.

All in violation of Title 18, United States Code, Section 113(a)(2).

## COUNT FOUR

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did assault L.P. with a dangerous weapon, that being a firearm, with intent to do bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(3).

## COUNT FIVE

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did assault L.M. with a dangerous weapon, that being a firearm, with intent to do bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(3).

## COUNT SIX

On or about September 28, 2023, in the Western District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, namely the Blue Ridge Parkway, the defendant

**EVAN WILLIAM BLANKENSHIP**

did knowingly use, carry, possess, brandish, and discharge a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with a Dangerous Weapon with Intent to do Bodily Harm, as set forth more fully in Count Four of this Bill of Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock, Model 19 Gen 5, 9x19 caliber pistol and approximately fourteen rounds of 9x19 caliber ammunition.

A TRUE BILL:

███████████████████
Grand Jury Foreperson

DENA J. KING
United States Attorney

*[signature]*

ALEX M. SCOTT
Assistant United States Attorney

7