# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**      ○ YES   ● NO      **DOCKET NUMBER:**

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**         :US vs   Evan William Blankenship

**COUNTY OF OFFENSE**      :   Jackson

**RELATED CASE INFORMATION**   :   1:23mj54

Magistrate Judge Case Number   :

Search Warrant Case Number   :

Miscellaneous Case Number   :

Rule 20b   :

**SERVICE OF PROCESS**      :   Summons

**U.S.C. CITATIONS** (Mark offense carrying greatest weight):   ○ Petty   ○ Misdemeanor   ● Felony

18 U.S.C. § 1201(a)(2), (d),   18 U.S.C. § 113(a)(2),   18 U.S.C. § 113(a)(3),   18 U.S.C. § 924(c)(1)(A)(iii)

**JUVENILE:**      ○ Yes   ● No

**ASSISTANT U. S. ATTORNEY**   :   Scott, Alex

**VICTIM/WITNESS COORDINATORS:**   Crout, Lynne

**INTERPRETER NEEDED**      :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**