# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Evan William Blankenship

Case Number: 

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18:1201(a)(2), (d) | | 0-20 yrs; max $250,000 fine; max. 3 yrs. SR; $100 SMA |
| 2, 3 | 18:113(a)(2) | | 0-10 yrs; max $250,000 fine; max. 3 yrs SR; $100 SMA |
| 4, 5 | 18:113(a)(3) | | 0-10 yrs; max $250,000 fine; max. 3 yrs SR; $100 SMA |
| 6 | 18:924(c)(1)(A)(iii) | 10 years | 10 yrs to life; max. $250,000 fine; max. 5 yrs SR; $100 SMA |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☒ YES ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☒ BRANDISH

☒ DISCHARGE